UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAH GREATMIND ALLAH,
d/b/a GREATMIND ENTERPRISE,

       Plaintiff,                       Case No. 25-cv-11404
                                        Honorable Linda V. Parker

v.

NAVY FEDERAL CREDIT UNION
and JOHN COLLINS,

       Defendants.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION TO DISMISS

Plaintiff commenced this lawsuit against Defendant on May 14, 2025.  In response to the Complaint, Defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 21.)  The matter has been assigned to Magistrate Judge Kimberly G. Altman for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 7.)

On January 28, 2026, Magistrate Judge Altman issued a report and recommendation ("R&R") recommending that the Court grant Defendant's motion. (ECF No. 28.)  At the conclusion of the R&R, Magistrate Judge Altman advises

the parties that they may object to and seek review of the R&R within fourteen days of service upon them.  She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id*.)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Altman.  The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 21) is **GRANTED**.

Date: March 3, 2026                      s/LINDA V. PARKER
                                         UNITED STATES DISTRICT JUDGE

2