UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLAH GREATMIND ALLAH,
d/b/a GREATMIND ENTERPRISE,

   Plaintiff,         Case No. 25-cv-11404
               Honorable Linda V. Parker
v.

NAVY FEDERAL CREDIT UNION
and JOHN COLLINS,

   Defendants.
_____/

## **JUDGMENT**

   Plaintiff commenced this lawsuit against Defendant on May 14, 2025.

Defendant thereafter filed a motion to dismiss pursuant to Federal Rule of Civil

Procedure 12(b)(6), which this Court granted in an Opinion and Order entered on

today's date.

   Accordingly,

  **IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH**

**PREJUDICE** and this case is **CLOSED**.

.

Date: March 3, 2026      s/LINDA V. PARKER
             UNITED STATES DISTRICT JUDGE